TO
Name: Clerk of the court SHERRY - Nellson - Davis and Special clerk of operations Jamie K. By E-File U.S. District courthouse
Address: 444 S.E. Quincy Room 480 Topeka, KS. 66683

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Brian C. SHIELDS, Plaintiff
(Full Name)

V.

Kansas Dept of Corran., Defendant(s)
L.C.F. Warden SHelly Meyers
UnitTeam Supervisor OPliger
and Corizon contracted by.

CASE NO. 20-3113-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Brian C. SHIELDS, is a citizen of Kansas
   (Plaintiff)                                    (State)

   who presently resides at Lansing Correctional Facility
   (Mailing address or place
   P.O. Box 2 Lansing KS 66043
   of confinement.)

2) Defendant Sec of Corrections JEFF Zumada is a citizen of
   (Name of first defendant)

   Topeka Kansas                                  , and is employed as
   (City, State)

   Sec of Correction's For K.D.O.C.         . At the time the
   (Position and title, if any) who Employee's Corizon.

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   THEY ARE STATE Government Officials
   For Kansas Dept of Corrections
   working under K.S.A. Obligations and
   Rules OF Employment Contracts
   and Judicial conference Appendix-E- Volume 2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                                    1

3) Defendant __Warden Shelly Meyers__ is a citizen of
   *(Name of second defendant)*

   __Lansing Correctional Facility P.O. Box 187__, and is employed as
   *(City, state)* Lansing KS 66043

   __Warden of Lansing__. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   She is acting Warden for Lansing K.D.O.C and Employee's Cocizon also ... Illegally administered Smart Dust or Generic form

   *(Use the back of this page to furnish the above information for additional defendants.)*
   Unit Team Supervisor OPLIGER we Believe Her First Name is Karen She Employed Kansas Dept of Corrections Gov. Office

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   Federal Jurisdiction is Required under Bivens P.L.R.A. Just as Bivens Latter Fall in Same orgn of Law as for State Officials

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   Defendants are in violation of Appeal's Due process right's of Inmates causing Abridge to Access Courts and Attorneys and Brady Law's and Jencks Materials one Plaintiff STRADER Has Been Determined Indigent ... and They are Refusing Legal mail out's to State court's see Exhbits and Phone Calls to Both Plaintiff SHEILDS and STRADER. For Attorney's and Calls to U.S. Court.. as Special Clerk of operations Abused STRADER.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: READING and OPENING out Going Legal mail and Then causing a Issue to Return Legal mail for New Envolopes To cover it up violating K.S.A. 75-4319 and K.S.A 19-2609 - Legal Ethic's Judical Conduct.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Officials who Refuse To perform or violate Legal Ethic's or Perform any act of His or Her Duty -- Shall Be Removed By civil actions -- WE are Being Refused Access to Covers and Confidentuality.

B) (1) Count II: We are Being Refused Proper medical and sick calls, Even with Coronuvirus Issues and Defendants are Hendering access to medical needs and Courts

(2) Supporting Facts: Refer To Straders Pending Case That's awaiting Judgment By Default -- Respondents are In Default on Case No. 19-CV-03218-HLT and Look at ALL Exhibits and STAFF Signed Statements -- Inmate Shells Has a Broken Shoulder for over 7yrs Not properly set or Fixed Respondents are violating KAR-44-15-101 et seq

C) (1) Count III: _Use of Government positions To Avoid Prosecution ... and Prosecution of Civil Case's ... with Lie's to Deprive Greivance procedures and Remedies_

(2) Supporting Facts: _Refer To Exibit Greivances and Property CLaim's signed By Chris Ross also Respondant_

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ✓  No ~~☐~~. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) _Only Inmate/Plaintiff Strader Has But He is Representing Counsel at This Time for Sheilds the petitioner_

a) Parties to previous lawsuit: _and witness In This Case._

Plaintiffs: _Brian C. Sheilds_

Defendants: _Neosho Co. KS on Brady violations_

b) Name of court and docket number _44-CR-45_

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Yes Still awaiting Court Date_

d) Issues raised _Brady violations another Attorney is Handling That on Sheilds criminal case Both Sheilds petitioner and His Inmate counsel at this Time are Having Some of the Issues with Respondants/Defendants and I Strader am witness also to Issues so His The whole cellhouse of Inmates._

STRADER Case No 19-CV-03218-HLT
Has Judge Sam A. Crow as Listed Respondent
So Different Judge is a must in This Case
Holley L. Teeter Is Handling mine Filed Oct-28-2020

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Greivences were Filed -- They Lied about Remedies Form 9's were Turned in They also Removed MR SHellds Lawyers Phone Number without cause or Request Just as they Did I .. mr STRADER His witness who Heard it all. 

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Civil settlement -- and vacure Government/State officals Can not knowingly ABridge on Inmates right to Appeals or Place a price on it -- They Half to provide Proper medical Exspecially when Pain is a Issue Causing pain and suffering -- mental and emotional Anguish

C. _____ #66657       _____ 101518
Signature of Attorney (if any)        Signature of Plaintiff

member of National Lawyers
Guild -- Jail House Lawyer
Lansing Correctional Facility Inmate
P.O. Box 2 Lansing KS 66043
Date of April-15-2020
(Attorney's full address and telephone number)
Jail House Lawyers Have Legal Right
To provide assistance To other Inmates
Johnson v. Avery 393 US 483, 21 LEd 718, 89 SCt 747

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983        5